USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TERRY BETTIS, Individually and on Behalf of All
Others Similarly Situated,

            Plaintiff,

vs.

AIXTRON SE, MARTIN GOETZELER, and
BERND SHULTE,

            Defendants.

------------------------------------------------------------X

No. 1:16-cv-00025-AT

**STIPULATION AND
ORDER**

Plaintiff Terry Bettis ("Plaintiff") and Lead Plaintiff Movant Robert Hajosy ("Lead Plaintiff Movant" and collectively with Plaintiff, "Plaintiffs") and Defendant Aixtron SE ("Aixtron" and collectively with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on January 4, 2016;

WHEREAS, Lead Plaintiff Movant filed an unopposed motion seeking the appointment of lead plaintiff and lead counsel on March 4, 2016 pursuant to Section 21D of the Private Securities Litigation Reform Act of 1995;

WHEREAS, the Court has not yet ruled on Lead Plaintiff Movant's motion;

WHEREAS, if such motion is granted, Lead Plaintiff Movant intends to amend the complaint;

WHEREAS, on or around March 24, 2016, Aixtron was served with the Complaint by delivery of the same to Aixtron, Inc.;

4/1/2016 11:36 AM (2K)
[rlt - Aixtron - Timing Stip.doc]

WHEREAS, the Parties believe that, for reasons of judicial efficiency and economy, Aixtron should not be required to respond to the existing Complaint at this time, and its response should be adjourned until after an amended complaint has been filed;

THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1. The time for Aixtron to respond to the Complaint by answer, motion, or otherwise, is hereby adjourned in accordance with the schedule set forth below.

2. Plaintiffs shall file an amended complaint on or before sixty (60) days from the later of (i) the date of appointment of lead plaintiff and lead counsel, or (ii) the date the Court approves the schedule reflected in this stipulation.

3. Aixtron shall respond to the amended complaint on or before sixty (60) days from the date of service of Plaintiffs' amended complaint.

4. In the event that Aixtron moves to dismiss the amended complaint, Plaintiffs shall file their opposition to the motion to dismiss on or before forty-five (45) days from the date of service of the motion to dismiss the amended complaint, and Aixtron shall file its reply on or before forty-five (45) days from the date of service of Plaintiffs' opposition.

Dated: April 1, 2016

GLANCY PRONGAY & MURRAY LLP

/s/

Lesley F. Portnoy (LP-1941)
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Fax: (212) 884-0988
Email: lportnoy@glancylaw.com

Lionel Z. Glancy
Robert V. Prongay
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Fax: (310) 201-9160
Email: info@glancylaw.com
*Attorneys for Plaintiff Terry Bettis and*
*Proposed Lead Counsel for Lead Plaintiff*
*Movant and the Class*

WHITE & CASE LLP

/s/

Douglas P. Baumstein (DB-1948)
Kimberly A. Haviv (KH-6198)
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8586
Facsimile: (212) 354-8113
Email: dbaumstein@whitecase.com
*Attorneys for Defendant AIXTRON SE*

GRANTED except to the extent the parties' stipulation is inconsistent with the following:

1. Within **thirty (30) days** of the Court's decision on the pending motions for appointment of lead plaintiff and lead counsel, Plaintiffs shall file an amended complaint; and

2. Within **thirty (30) days** of service of the amended complaint, Defendants shall answer the complaint or submit a letter requesting a pre-motion conference pursuant to Rule III of this Court's individual practices in Civil Cases.

SO ORDERED.

Dated: April 4, 2016
        New York, New York

3

_____
ANALISA TORRES
United States District Judge