**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TERRY BETTIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIXTRON SE, MARTIN GOETZELER, and BERND SCHULTE,<br><br>Defendants. | Civil Action No. 1:16-cv-00025-AT<br><br>**CONSOLIDATED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>**DEMAND FOR JURY TRIAL** |

Lead Plaintiff Robert Hajosy ("Plaintiff") alleges the following based upon the investigation of Plaintiff's counsel, which included a review of United States Securities and Exchange Commission ("SEC") filings by AIXTRON SE ("AIXTRON" or the "Company"), as well as securities analysts' reports and advisories about the Company, press releases, media reports, and other public statements issued by, or about, the Company. Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1. This is a securities class action on behalf of all persons and/or entities who purchased or otherwise acquired the Company's securities between September 25, 2014 and December 9, 2015, inclusive (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 ("Exchange Act") and SEC Rule 10b-5 promulgated thereunder.

2. AIXTRON is a small company. As of December 31, 2015, the Company had 748 employees. AIXTRON provides deposition equipment to the semiconductor industry. In semiconductor-device fabrication, deposition is a process that grows, coats, or otherwise transfers a material onto a wafer – a thin slice of semiconductor material. The Company's technology solutions are purportedly used by customers to build advanced components for electronic and optoelectronic applications based on compound, silicon, or organic semiconductor materials. Such components are used in displays, signaling, lighting, fiber-optic communication systems, wireless and mobile telephony applications, optical and electronic storage devices, and computing. The Company's business activities include developing, producing and installing equipment for the deposition of semiconductor materials, process engineering, consulting, and

training.

3. The Company's AIX R6 Metal-Organic Chemical Vapour Deposition ("MOCVD") system product is purportedly designed to produce light-emitting diodes ("LEDs") based on Gallium Nitride ("GaN") and can be delivered in 12x6-, 31x4-, and 121x2-inch wafer configurations. The system is also purportedly equipped with numerous technical innovations that lower operational costs significantly while simplifying usability and process control. The Company's AIX R6 MOCVD system product was not only important to the Company's overall financial performance, but was also vital to AIXTRON's long-term positioning within the LED market.

4. On October 13, 2015, the Company announced that it was revising its previously issued revenue guidance for the full year 2015 from 220 million – 250 million EUR down to 190 million - 200 million EUR due to "a postponement of shipments to a large Chinese customer which were planned for delivery in 2015." The Company also announced that "[t]hese deliveries are now expected for 2016 depending on the progress of the ongoing milestone based qualification process." On this news, the Company's American Depository Receipts ("ADRs") fell $0.84 per ADR, or 12.8%, to close on October 13, 2015, at $5.71 per ADR, on high trading volume.

5. On December 9, 2015, the Company announced that it had "reached an agreement with its Chinese customer San'an Optoelectronics regarding a substantial reduction in the volume of AIX R6 MOCVD systems ordered from 50 to the three which have already been delivered." The Company also disclosed that "the customer's specific qualification requirements were not achieved." AIXTRON's order with San'an Optoelectronics Limited ("San'an") represented the largest order that the Company ever received. On this news, the Company's

ADRs fell $3.05 per ADR, or 40%, over two trading days, to close at $4.49 per ADR on December 10, 2015, on unusually high trading volume.

6. Throughout the Class Period, Defendants made false and misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically – and as confirmed by the detailed account provided by a Confidential Witness ("CW") and former AIXTRON employee – Defendants failed to disclose that: (1) the AIX R6 MOCVD systems that were to be shipped to San'an did not meet the customer's specific qualification requirements; (2) the Company's agreement with San'an to ship 50 of the Company's AIX R6 MOCVD systems was unlikely to be executed; (3) the impending failure to execute the original agreement would have a substantial negative impact on the Company's prospects; (4) Defendants were aware that the termination of government subsidies and tax incentives curbed capacity expansion by China-based makers, including San'an, thus reducing supply and demand of LED chips; and (5) as a result of the foregoing, Defendants' statements about AIXTRON's business, operations, and prospects, were false and misleading, and lacked a reasonable basis.

7. As a result of Defendants' wrongful acts and omissions – and the precipitous decline in the market value of the Company's securities – Plaintiff and other Class members have suffered significant losses and damages.

**JURISDICTION AND VENUE**

8. The claims asserted herein arise under, and pursuant to, Sections 10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§78j(b) and 78t(a), and SEC Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.

9. This Court has jurisdiction over the subject matter of this action pursuant to 28

U.S.C. §1331 and §27 of the Exchange Act.

10. Venue is proper in this District pursuant to §27 of the Exchange Act and 28 U.S.C. §1391(b). Many of the acts charged herein, including the preparation and dissemination of materially false and misleading information, occurred, in substantial part, in this District.

11. In connection with the acts alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications, and the facilities of an electronic securities exchange located in this District.

**PARTIES**

12. As set forth in the certification previously filed in this action which is incorporated by reference herein, Plaintiff purchased the Company's ADRs during the Class Period and has been damaged thereby.

13. Defendant AIXTRON is a Federal Republic of Germany company with its principal executive offices located at Dornkaulstr. 252134 Herzogenrath, Germany.

14. Defendant Martin Goetzeler ("Goetzeler") was, at all relevant times, Chairman, President, Chief Executive Officer ("CEO"), and Acting Chief Financial Officer ("CFO") of Aixtron.

15. Defendant Bernd Schulte ("Schulte") was, at all relevant times, Chief Operating Office ("COO") of Aixtron.

16. Defendants AIXTRON, Goetzeler, and Schulte are collectively referred to herein as "Defendants." Defendants Goetzeler and Schulte are collectively referred to herein as the "Individual Defendants."

17. During the Class Period, the Individual Defendants, as senior executive officers and/or directors of the Company, were privy to confidential and proprietary information concerning the Company, its operations, finances, financial condition, and present and future business prospects. Additionally, as set forth more fully below, the Individual Defendants had access to material adverse non-public information concerning the Company. Because of their positions within the Company, the Individual Defendants had access to non-public information about the Company's business, finances, products, markets, and present and future business prospects via internal corporate documents, conversations, and connections with other corporate officers and employees, attendance at management and/or board of directors meetings and committees thereof, and via reports and other information provided to them in connection therewith. Because of their possession of such information, the Individual Defendants knew, or were deliberately reckless in not knowing, that the adverse facts specified herein had not been disclosed to, and were being concealed from, the investing public.

18. The Individual Defendants are liable as direct participants in the wrongs alleged herein. In addition, the Individual Defendants, by reason of their status as senior executive officers and/or directors, were "controlling persons" within the meaning of Section 20(a) of the Exchange Act and had the power and influence to cause the Company to engage in the unlawful conduct alleged. Because of their positions of control, the Individual Defendants were able to, and did, directly or indirectly, control the conduct of the Company's business.

19. The Individual Defendants, because of their positions within the Company, controlled and/or possessed the authority to control the contents of the Company's reports, press releases, and presentations to securities analysts and, through them, to the investing public. The Individual Defendants were provided with copies of the Company's reports and press releases

alleged to be misleading herein, prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Thus, the Individual Defendants had the opportunity to commit the fraudulent acts alleged herein.

20. The Individual Defendants, as senior executive officers and/or directors – and as controlling persons of a publicly-traded company whose securities were, and are, governed by the federal securities law – had a duty to promptly disseminate accurate and truthful information with respect to the Company's financial condition and performance, growth, operations, financial statements, business, products, markets, management, earnings, and present and future business prospects, and to correct any previously-issued statements that had become materially misleading or untrue, so that the market price of the Company's securities would be based upon truthful and accurate information. The Individual Defendants' misrepresentations and omissions during the Class Period violated these specific requirements and obligations.

21. The Individual Defendants are liable as participants in a fraudulent scheme and course of conduct that operated as a fraud and/or deceit on purchasers of the Company's securities by disseminating materially false and misleading statements and/or concealing material adverse facts. This scheme: (1) deceived the investing public regarding the Company's business, operations and management, and the intrinsic value of the Company's securities; (2) enabled the Company to obtain additional capital at favorable prices, create a public market for its securities, and gain access to the public equity markets; and (3) caused Plaintiff and members of the Class to purchase the Company's securities at artificially inflated prices.

## SUBSTANTIVE ALLEGATIONS

22. The Class Period begins on September 25, 2014. On that day, AIXTRON issued a press release entitled, "AIXTRON receives large multiple tool order from China; San'an

Optoelectronics expands production capacity with AIXTRON's Next Generation tool." Therein, the Company, in relevant part, stated:

> ***Herzogenrath, September 25, 2014 - AIXTRON SE (ISIN DE000A0WMPJ6), a worldwide leading provider of deposition equipment to the semiconductor industry, announces that San'an Optoelectronics Co., Ltd. has ordered 50 Next Generation Showerhead(R) MOCVD tools from AIXTRON. This is one of the largest orders the Company has ever received and is growing evidence that LED manufacturers are beginning to expand production capacity to meet the constantly increasing demand for LEDs.***
>
> The equipment will be delivered starting in Q4/2014. All systems will be installed in San'an's Chinese production facility by an AIXTRON service team. The tools will be used to expand the manufacturer's production capacity for ultra-high brightness LED chips based on Gallium Nitride.[1]

23. On this news, AIXTRON ADRs jumped $3.07, or over 24%, to close at $15.67 per ADR on September 26, 2014, on unusually heavy trading volume.

24. The above statements were false and misleading because Defendants failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, these statements were false and misleading because Defendants failed to disclose that: (1) the AIX R6 MOCVD systems that were to be shipped to San'an did not meet the customer's specific qualification requirements; (2) the Company's agreement with San'an to ship 50 of the Company's AIX R6 MOCVD systems to San'an was unlikely to be executed; (3) the impending failure to execute the original agreement would have a substantial negative impact on the Company's prospects; and (4) as a result of the foregoing, Defendants' statements about AIXTRON's business, operations, and prospects, were false and misleading, and lacked a reasonable basis.

25. The account of a former AIXTRON employee – identified herein as CW1 – demonstrates that Defendants' statements were false and misleading. CW1 worked as a Senior

---

[1] Unless otherwise indicated, all emphasis is added.

Engineer in Control Systems and then worked in development as an engineer and project manager at AIXTRON from September 2011 to April 2015. CW1 was also a member of the workers' council and, as such, CW1 was one of the employees selected by CW1's co-workers to represent the workforce in regular meetings with AIXTRON's CEO and COO to discuss ongoing matters that took place once every two months. CW1 stated that when AIXTRON started to build the machines, customers would constantly come up with new ideas to change the process. According to CW1, AIXTRON nevertheless charged ahead without clarifying the process at the beginning. CW1 said further that, to CW1's knowledge, no one from the workers' council nor from the Company's Economic and Financial Committee had access to the original contract and related documents between AIXTRON and San'an. According to CW1, such lack of access was unusual. CW1 stated that employee representatives in the council attempted to obtain more detailed information from the Company's management regarding the Company's order with San'an, but had little success.

26. CW1 also stated that whenever San'an came up with a new specification or desire, the Company's management informed individual departments, but not the workforce as a whole. CW1 said that AIXTRON's management failed to disclose the risks associated with the Company's relationship with San'an, and that AIXTRON failed to inform the Company's Economic and Financial Committee regarding these risks. According to CW1, CEO Goetzeler spoke about the deal at the meetings of the workers' council during which the workers' representatives attempted to get more information. CW1 stated, however, that CEO Goetzeler was not fully forthright during these meetings. CW1 stated that over time, it became clear that the contract was not complete and that problems in the qualification process had arisen. CW1 stated that AIXTRON's management was aware of the problems in the qualification process and

that the Company was experiencing difficulties in meeting Sa'an's specifications, but failed to disclose information regarding the difficulties that AIXTRON encountered until very late in the process – when the first 10-20 tools were already in the final-assembly phase on the shop floor. CW1 stated that the Company's management failed to disclose information regarding the difficulties the Company experienced in meeting Sa'an's specifications in an attempt to meet the aggressive time-line from AIXTRON's customers. According to CW1, because management did not keep employees sufficiently informed about the problems as they developed and because specifications kept changing, the workplace became rife with rumors. CW1 also indicated that AIXTRON proceeded without clarifying specifications in advance, and that the Company's management concealed the details of the contracts and did not inform employees about management's awareness of ongoing problems in the qualification process. Indeed, according to information CW1 discovered, the building at the customer plant was still under construction when AIXTRON delivered the first tools. Thus, in addition to failing to disclose the risks associated with the Company's relationship with San'an, AIXTRON ramped-up production before ensuring that the Company could satisfy the requirements for the order with San'an, and failed to conduct a realistic risk assessment related to the order.

27. On October 28, 2014, AIXTRON held a conference call with analysts to discuss the Company's financial results for the third quarter of 2014. During the call, Defendants stated the following:

> [CEO GOETZELER]: ***The good news is that in Q3, we received an order from the Chinese company San'an Optoelectronics Limited for [over] 50 next generation MOCVD Showerhead tools. This represents the largest order that AIXTRON has ever received and is growing evidence that LED manufacturers are beginning to expand production capacity to meet the constantly increasing demand for LEDs in general lighting.***

* * *

> [COO SCHULTE]: Please turn to slide 6 for our portfolio of technologies. We believe that our new generation of tools is a real breakthrough for the industry allowing higher productivity and lowest cost of ownership. The later point being of at most importance means that our customers can lower their cost structures making them more competitive in the market. ***In light of this new generation product introduction, we are proud that we have been awarded by San'an Optoelectronics, a leading global Chinese energy player, with an order of 50 of our next generation tools already today. We clearly see this decision as a confirmation of our product road map and development strategy. By this landmark orders, we are very encouraged to launch our next generation tool very soon.*** So I ask for your understanding that we cannot share more details on this tool right now.

* * *

> [MARK HELLER]***: Okay. And in terms of the tool announcement, I'm just wondering, are you just waiting for qualification at your customer San'an or what's sort of – now what's holding you guys back in terms of announcing the product at this point?***

> [CEO GOETZELER]***: Yes, we actually are looking for the right point and time to announce it and also the right place, so that's the reason why we didn't announce it yet.***

28. The above statements were false and misleading. Despite specific questions regarding the qualification process for the Company's order with San'an, Defendants failed to disclose specific information regarding the problems that the Company was experiencing during the qualification process. Indeed, and as reflected by the account alleged above by CW1, these statements were false and misleading because Defendants failed to disclose: (1) that the AIX R6 MOCVD systems that were to be shipped to San'an did not meet its specific qualification requirements; (2) that, as such, the Company's agreement with San'an to ship 50 of the Company's AIX R6 MOCVD systems to San'an was unlikely to be executed; (3) that the impending failure to execute the original agreement would have a substantial negative impact on the Company's prospects; and (4) that, as a result of the foregoing, Defendants' statements about

AIXTRON's business, operations, and prospects, were false and misleading and/or lacked a reasonable basis.

29. On November 6, 2014, AIXTRON issued a press release entitled, "AIX R6 Sets New Standards in LED Manufacturing; AIXTRON's Next Generation MOCVD Tool Excels through Top Level Production Performance, Lowest Cost of Ownership and Major Productivity Increase." Therein, the Company, in relevant part, stated:

> AIXTRON SE (FSE: AIXA; NASDAQ: AIXG), a worldwide leading provider of deposition equipment to the semiconductor industry, today presented its next generation MOCVD system at the China SSL international trade fair. The new AIX R6 has been designed for the production of LEDs based on Gallium Nitride (GaN) and can be delivered in 12x6-, 31x4-, 121x2-inch wafer configurations. Equipped with numerous technical innovations the new tool will lower operational costs significantly while simplifying usability and process control.
>
> "Our new AIX R6 addresses the most important challenges which LED manufacturers face today: highly competitive markets with consistently decreasing device prices driving the need for production equipment with lower cost of ownership. The AIX R6 is designed to fulfill our customers' needs for highly efficient production enabling them to optimize their cost of manufacturing", says Martin Goetzeler, CEO and President of AIXTRON. ***"The groundbreaking order we have received from San'an proves that our new AIX R6 already convinced a key market player through its performance and value proposition ahead of today's official launch of the tool."***
>
> The AIX R6 is based on AIXTRON's Close Coupled Showerhead (CCS) concept, a key technology that has achieved a high level of recognition in numerous markets. It is particularly known for its excellent chemical efficiency and intrinsic deposition uniformity. With more than 30 percent cost of ownership improvement and a throughput increase of more than 120 percent compared to current generation systems, the AIX R6 sets new standards in LED mass production.
>
> Andreas Toennis, Chief Technology Officer at AIXTRON, stresses the benefits of the new MOCVD equipment: "The AIX R6 has been developed with a high focus on the customer production needs. We put great emphasis on maximizing the throughput by greater capacity, more automation, increased reliability and longer uptime. Improved process control through enhanced temperature monitoring and control systems is another key feature of the AIX R6. A new process control system eliminates temperature variation for increased reproducibility and yield, and also enables shorter cycle times and fast calibration."

30. The above statements were false and misleading. As reflected by the account alleged above by CW1, Defendants failed to disclose that: (1) the AIX R6 MOCVD systems that were to be shipped to San'an did not meet its specific qualification requirements; (2) the Company's agreement with San'an to ship 50 of the Company's AIX R6 MOCVD systems to San'an was unlikely to be executed; (3) the impending failure to execute the original agreement would have a substantial negative impact on the Company's prospects; and (4) as a result, Defendants' statements about AIXTRON's business, operations, and prospects, were false and misleading, and lacked a reasonable basis.

31. Defendants, moreover, were aware that China-based San'an was one of the largest recipients of government subsidies and tax incentives, and that such subsidies and incentives had a significant impact upon the order that AIXTRON announced with San'an. Defendants were therefore aware that the termination of government subsidies and tax incentives would curb capacity expansion by San'an, and thus would negatively impact San'an's demand of LED chips from AIXTRON. Indeed, a December 22, 2014 article in *Digitimes* reported the following:

> China's State Council (central government) has ordered its subordinate agencies and local governments to stop offering subsidies and tax incentives for China-based LED epitaxial wafer and chip makers because such offering has disrupted market mechanisms and may violate WTO rules, leading to international trade disputes, according to LED industry sources in Taiwan.
>
> Government subsidies and tax incentives have led to China-based LED wafer and chip makers' large-scale expansion of production capacities, resulting in overcapacity and consequently aggravating price-cut competition, the sources said.
>
> ***China-based San'an Optoelectronics, Xiamen Changelight and HC SemiTek are the three largest recipients of government subsidies, the sources indicated. For example, Xiamen City Government has offered a subsidy of CNY1 billion (US$163 million) plus orders worth CNY3 billion for San'an and thus the company has planned to invest CNY10 billion to add 200 MOCVD sets, the sources said. San'an has placed an order for 50 MOCVD sets with US-based***

> ***Veeco Instruments and another 50 sets with Germany-based Aixtron SE, the sources noted.***
>
> ***The termination of government subsidies and tax incentives is expected to curb capacity expansion by China-based makers and consequently supply and demand of LED chips may return to balance in 2015, the sources indicated.***

32. Similarly, a December 24, 2014 article in *Biz Led Magazine* reported the following:

> ***December 24, 2014: The central government of China (China State Council) has reportedly ordered local governments and its subordinate agencies to stop offering tax incentives and subsidies to China-based chip makers and LED epitaxial wafer makers. Industry insiders said that these subsidies has disrupted the mechanisms of the market and violated WTO rules, leading to international trade disputes, according to LED industry sources in Taiwan, reports Digitimes***.
>
> It is said that due to the subsidies and tax incentive offered by the Chinese government the China-based LED wafer and chip makers have made large-scale expansion of production capacities, which led to overcapacity and, in turn, aggravated price cut competition, sources in Taiwan said, reports *Digitimes*.
>
> China-based Xiamen Changelight, San'an Optoelectronics and HC SemiTek are the recipients of large amount of government subsidies, sources said. *Digitimes* has reported that Xiamen City Government has offered a subsidy of CNY1 billion (US$163 million) plus orders worth CNY3 billion to San'an, as a result of which, the company has planned to invest CNY10 billion to add 200 MOCVD sets, sources said.
>
> According to industry insiders, stopping of government subsidies and tax incentives will cut down on expansion plans of China-based makers and as a result, demand and supply of LED chips may return to balance in 2015.
>
> *Digitimes* reports that Cree, which has lost mid-power LED chip share to low-cost Chinese manufacturers, may benefit from the stopping of subsidies. Taiwan's SemiLEDs and US LED wafer supplier Rubicon may also benefit.

33. Because of the limited circulation and impact of the information contained within the *Digitimes* and *Biz Led Magazine* articles, the information contained therein was not conveyed to the public with a degree of intensity and credibility sufficient to effectively counter-balance the false and misleading nature of Defendants' positive statements regarding AIXTRON's

relationship with San'an. Defendants, moreover, failed to disclose the impact that the cessation of these subsidies and tax incentives would have upon the Company's financial condition and operations.

34. On February 24, 2015, AIXTRON issued a press release entitled, "AIXTRON anticipates growth in all technology areas and further improvement of results in 2015; Positive EBITDA expected for H2/2015 / AIXTRON improves revenues and equipment order intake in 2014." Therein, the Company, in relevant part, stated:

> **Herzogenrath/Germany, February 24, 2015** – AIXTRON SE (FSE: AIXA; NASDAQ: AIXG) a leading provider of deposition equipment to the semiconductor industry, today announced financial results for the fourth quarter 2014 and the full financial year 2014.
>
> Results of fiscal year 2014 are in line with the previously published expectations, but continue to be unsatisfactory. For fiscal year 2015, AIXTRON expects a sequential increase of the results in both halves of 2015 compared with the previous six-month periods and a return to positive EBITDA numbers in the second half of 2015.
>
> 2014 revenues at EUR 193.8m (2013: EUR 182.9m) were up 6% against the previous year's level. In Q4/2014 revenues amounting to EUR 58.0m were up against both the previous year and the previous quarter (Q4/2014: EUR 51.1m; Q3/2014: EUR 45.6m).
>
> 2014 EBITDA improved and amounted to EUR -41.3m (2013: EUR -67.9m). Q4/2014 EBITDA was EUR -13.9m (Q4/2013: EUR 3.7m; Q3/2014: EUR 14.1m).
>
> The Company's order intake was not influenced by the large multiple tool order from a Chinese LED manufacturer for 50 AIX R6 Showerhead® MOCVD tools AIXTRON received in September 2014 as most of this order will be booked in the course of the financial year 2015. Total 2014 equipment order intake was up by 15% to EUR 153.4m (2013: EUR 133.2m). Q4/2014 order intake amounted to EUR 39.9m and was up against both the previous year and the previous quarter (Q4/2013: EUR 37.1m; Q3/2014: EUR 37.6m).
>
> In the course of the 5-Point-Program AIXTRON is further adapting its organizational structure in line with customer and market requirements. Alongside cost-cutting measures, AIXTRON is consistently pursuing new market opportunities, for example with its new AIX R6 product generation and in

promising future business fields such as power and logic semiconductors as well as OLED.

* * *

**Financial Highlights**

The global trend towards LED lighting continues. This development as well as the availability of new MOCVD tool generations will have a positive impact on investment demand. *As previously described, AIXTRON received its largest ever multiple tool order from China which will be mostly recognized as order intake and revenues in the financial year 2015*.

Revenues in fiscal year 2014 at EUR 193.8m were up 6% compared to the previous year's level (2013: EUR 182.9m; Q4/2014: EUR 58.0m; Q3/2014: EUR 45.6m).

2014 cost of sales were down to EUR 152.3m (2013: EUR 190.3m; Q4/2014: EUR 46.5m; Q3/2014: EUR 39.1m). That includes value adjustments on inventories and start-up costs for new products but lower unusual items than recorded in the previous year.

Consequently, this resulted in an improved gross profit of EUR 41.5m (2013: EUR -7.4m; Q4/2014: EUR 11.6m; Q3/2014: EUR 6.5m).

The operating expenses reflect the efficiency gains from the 5-Point-Program and at EUR 99.8m stayed below the stated goal of EUR 100m (2013: EUR 88.4m; Q4/2014: EUR 30.5m; Q3/2014: EUR 24.4m) in spite of increased R&D expenses (2014: EUR 66.7m; 2013: EUR 57.2m) in preparation for the launch of the next generation MOCVD tools.

As a result of the above mentioned business development the 2014 EBIT at EUR -58.3m was an improvement from the previous year's figure of EUR -95.7m (Q4/2014: EUR -18.9m; Q3/2014: EUR -17.9m). That also includes restructuring costs for the reorganization of the Group which were largely recorded in Q4/2014.

The net result for 2014 amounted to EUR -62.5m (2013: EUR -101.0m; Q4/2014: EUR -19.1m; Q3/2014: EUR -19.9m).

AIXTRON's equipment order intake reflects the improved market demand throughout the reporting period. Due to internal booking principles the aforementioned large Chinese order has had no influence on 2014 order intake yet. In total, the 2014 order intake at EUR 153.4m was up 15% from the previous year's figure of EUR 133.2m (Q4/2014: EUR 39.9m; Q3/2014 EUR 37.6m)

The total equipment order backlog of EUR 65.2m as at December 31, 2014 was 9% higher than the EUR 59.6m at the same point in time in 2013 and 12% higher than the January 2014 opening backlog of EUR 58.1m.

Following a positive free cash flow of EUR 5.9m in the fourth quarter, fiscal year 2014 was finished with a free cash flow of EUR -47.0m (2013: EUR -1.1m; Q3/2014: EUR -21.7m). This was mainly driven by substantial expenses for future technologies. The planned increase in inventories related to the launch of the next generation MOCVD tools was financed through advance payments from customers.

Cash and cash equivalents (including bank deposits with a maturity of more than three months) as of December 31, 2014 amounted to EUR 268.1m (December 31, 2013: EUR 306.3m) and in relation to 2013 were down by EUR 38.2m. The difference to the free cash flow mainly results from the currency difference of the US$-based cash and cash equivalents.

**Management Review**

*"In fiscal year 2014 order intake and revenues developed positively. Even if this is not yet reflected in the figures, we have achieved an important milestone with the market launch of the AIX R6 and a resultant major order in the previous year. Results of the previous year are in line with our stated expectations, but continue to be unsatisfactory. This was mainly due to the low topline level reflecting the challenges that specifically the MOCVD industry faces. Therefore, we as Management strongly believe that it is important continuing to invest in R&D, thereby reducing our dependency on one product while creating new business opportunities. Our future oriented technologies already started to perform well, despite the fact that market introduction of these new products still requires preparatory efforts. Due to our focus on active cash management, we continue to be in a solid financial situation", says Martin Goetzeler, President and CEO of AIXTRON SE.*

**Guidance**

*For the 2015 financial year, Management expects to see growth across all technology areas, and thus also improved demand for the corresponding production systems. Management therefore expects full-year revenues to increase to between EUR 220 million and EUR 250 million. At the same time, the company will be pressing ahead with implementing its innovation roadmaps, productivity and efficiency programs across all areas. It expects to see a sequential increase of the results in both halves of 2015 compared with the previous six-month periods and a return to positive EBITDA numbers in the second half of 2015 considering ongoing ramp up costs for the new AIX R6 tool as well as the costs for some crucial R&D projects.*

35. On the same day, AIXTRON filed its Annual Report with the SEC on Form 20-F for the fiscal year ended December 31, 2014. The Company's Form 20-F was signed by Defendant Goetzeler, and reaffirmed the Company's statements announced in the press release issued that same day. Specifically, the Company stated the following:

> **Launch of a new MOCVD tool generation**
>
> In November 2014, AIXTRON presented its latest Metal-Organic Chemical Vapor Deposition (''MOCVD'') tool at the China SSL international trade fair. The new AIX R6 has been designed for the production of Light Emitting Diodes (''LED'') based on Gallium Nitride (''GaN'') and can be delivered in 12x6-, 31x4-, 121x2-inch wafer configurations. Equipped with numerous technical innovations the new tool will lower operational costs significantly while simplifying usability and process control. ***It is Managements expectation that this new tool generation will enable the Company to return to a more stable price level and higher margin contributions. In September 2014, AIXTRON received a large multiple tool order from Chinese LED manufacturer San'an Optoelectronics Co., Ltd. who has ordered 50 of these new AIX R6 tools. The order is being processed and will have an impact on order intake and revenues in 2015 and beyond. Management believes that this groundbreaking order by a key market player shows the strong performance and value proposition of the new tool***.
>
> * * *
>
> AIXTRON has launched the AIX R6, its new generation MOCVD showerhead tool. The tool specifically addresses lower cost of ownership requirements from customers who are facing very competitive industry dynamics. ***At the end of September 2014, AIXTRON received a large tool order from Chinese manufacturer San'an Optoelectronics Co., Ltd. for 50 AIX R6 tools. The order is being processed and will have an impact on order intake and revenues in 2015 and beyond. In addition to this order, AIXTRON is currently positioning the new tool with further customers in the market. Management expects that the performance of the new AIX R6 tool, including higher throughput and lower cost of ownership, will allow for a higher price level. Efficiency and productivity enhancements in serial production will enable a consistent reduction of cost of sales, improving the lower gross margin levels during the production ramp up phase. The new AIX R6 tool is currently being qualified for mass production at a number of different customers. Management expects that the timing of the qualification process could vary depending on individual specification criteria and the experience levels customers have with AIXTRON's showerhead technology***.

* * *

**Development of Revenues**

In fiscal year 2014, AIXTRON recorded total revenues of €193.8 million, an increase of €10.9 million, or 6%, compared to €182.9 million in 2013 (2012: €227.8 million) mainly due to increased demand from LED chip makers. ***At the end of September 2014, AIXTRON received a large multiple tool order from Chinese manufacturer San'an Optoelectronics Co., Ltd. for 50 new generation AIX R6 MOCVD Showerhead tools. The order is being processed and will have an impact on order intake and revenues in fiscal year 2015 and beyond. The 2014 equipment revenues increased by 8% to €148.5 million (2013: €138.0 million; 2012: €176.9 million), with demand for MOCVD Equipment for LED manufacturing remaining the largest contributor to AIXTRON's equipment revenues, representing 68% (2013: 39%; 2012: 48%), the second largest being ALD Equipment, representing 11% (2013: 22%; 2012: 12%)***.

36. The above statements were false and misleading. As demonstrated by the account alleged above by CW1, Defendants failed to disclose that: (1) the AIX R6 MOCVD systems that were to be shipped to the Company's large Chinese customer – San'an – did not meet the customer's specific qualification requirements; (2) the Company's agreement with San'an to ship 50 of the Company's AIX R6 MOCVD systems was unlikely to be executed; (3) the impending failure to execute the original agreement would have a substantial negative impact on the Company's prospects; (4) Defendants were aware that the termination of government subsidies and tax incentives curbed capacity expansion by China-based makers, including San'an, thus reducing supply and demand of LED chips; and (5) as a result of the foregoing, Defendants' statements about AIXTRON's business, operations, and prospects, were false and misleading, and lacked a reasonable basis.

37. On April 28, 2015, AIXTRON issued a press release entitled, "AIXTRON: Earnings position improved, outlook confirmed; Technology portfolio strengthened by acquisition of PlasmaSi / Qualification of new AIX R6 is moving forward." Therein, the Company, in relevant part, stated:

AIXTRON SE (FSE: AIXA; NASDAQ: AIXG) a leading provider of deposition equipment to the semiconductor industry, today announced financial results for the first quarter 2015.

Q1/2015 revenues at EUR 40.3m (Q1/2014: EUR 43.9 Mio.) were down 8% against the previous year's level and 31% against the previous quarter (Q4/2014: EUR 58.0m).

At EUR -6.4m EBITDA in the first quarter 2015 improved both against the previous year and sequentially (Q1/2014: EUR -7.1m; Q4/2014: EUR -13.9m). For the first time, the Company's order intake and revenues were influenced by the large multiple tool order from a Chinese LED manufacturer for 50 AIX R6 Showerhead MOCVD tools AIXTRON received in September 2014. However, a large portion of this order will be booked in the course of the financial year 2015. Overall, order intake including spares and service in the first quarter 2015 was solid with EUR 48.9m against the previous quarter and year on year (Q1/2014: EUR 49.5m; Q4/2014: EUR 49.3m). In order to better reflect industry practice and due to the intensified activities in the spares & services business, Management has decided to start reporting total order intake including spares & service.

Within the framework of the second stage of the 5-Point-Program, AIXTRON has changed its organizational structure in line with changing customer and market requirements. Alongside cost-cutting measures, AIXTRON is continuously pursuing new market opportunities, for example with its new AIX R6 MOCVD product generation and in promising future business fields such as power and logic semiconductors as well as OLED. The acquisition of US technology company PlasmaSi, Inc. effective as of April 1, 2015 took place against this background and offers market as well as customer synergies with OVPDdeposition technology. The technology of PlasmaSi can be used for the cost efficient production of all OLED applications. Through increased throughput compared to existing technologies, AIXTRON sees significant market opportunities for this thin-film encapsulation process.

* * *

**Business Development**

The global trend towards LED lighting continues. This development as well as the availability of new and more efficient MOCVD tool generations, does not yet have a significant impact on investment demand. Compared to the development in 2010, expansion plans of Chinese manufacturers in particular are driven by the positive market development, a sustainable demand can be expected. For the first time, the large tool order received in September 2014 is partially reflected in the figures of the first quarter 2015.

Revenues in Q1/2015 at EUR 40.3m were down 8% compared to the previous year's level (Q1/2014: EUR 43.9m) and 31% down against the previous quarter (Q4/2014: EUR 58.0m).

Volume-related first quarter cost of sales were EUR 2.5m lower year-on-year at EUR 31.5m (Q1/2014: EUR 34.0m; Q4/2014: EUR 47.6m).

This resulted in a gross profit of EUR 8.8m, slightly lower against both the previous year and sequentially (Q1/2014: EUR 10.0m; Q4/2014: EUR 10.4m). The operating costs decreased to EUR 17.6m (Q1/2014: EUR 20.9m; Q4/2014: EUR 29.3m) due to lower R&D expenses and positive currency translation effects.

As a result of the above mentioned business development the first quarter 2015 EBIT at EUR -8.8m was an improvement from the previous year's figure of EUR -10.9m (Q4/2014: EUR -18.9m).

The net result for Q1/2015 amounted to EUR -9.5m (Q1/2014: EUR -11.8m; Q4/2014: EUR -19.1m) due to further cost reductions.

AIXTRON's equipment order intake including spares and service mirrors the cautious market demand throughout the reporting period. For the first time the aforementioned large Chinese order took effect so that the first quarter order intake at EUR 48.9m was similar to the previous year's EUR 49.5m (Q4/2014: EUR 49.3m).

The total equipment order backlog of EUR 79.0m as at March 31, 2015 was 23% higher than the EUR 64.2m at the same point in time in 2014 and 21% higher than the order backlog of EUR 65.2m as at 31 December 2014. Free cash flow in the first quarter was EUR -12.1m (Q1/2014: EUR -13.8m; Q4/2014: EUR 5,9m) adjusted for EUR -1.5m resulting from a short-term loan prior to the acquisition of PlasmaSi, Inc.

Cash and cash equivalents (including bank deposits with a maturity of more than three months) as of March 31, 2015 amounted to EUR 263.2m, 4.9m down compared to the previous quarter (December 31, 2014: EUR 268.1m), and EUR 28.8m less than March 31, 2014. The difference from the free cash flow mainly results from the currency difference of the US$-based cash and cash equivalents.

**Management Review**

"Currently, we have contracts with seven LED manufacturers that are assuring themselves of the performance of our next generation system. Due to the increasing utilization rates, we expect a positive development for the demand in production systems. At the same time, we must continue to focus on the implementation of our 5-point program and, above all, bearing in mind the cost

side. The fact that we are on the right track in this area, is demonstrated by the improvement of our performance indicators and progress towards the targeted expansion of our product and technology portfolio", says Martin Goetzeler, President and CEO of AIXTRON SE. "We have successfully expanded the technology portfolio in the field of OLED by the acquisition of PlasmaSi, Inc. at the beginning of April. Thereby, we will be able to cover nearly two-thirds of the value chain in the front-end of the OLED production in the future. Also, the preparations for putting our Gen8 demonstrator into operation for the production of large-area OLEDs are on track. Furthermore, it is encouraging that customer interest in our other technologies remains high."

**Guidance confirmed**

*Management pursues growth across all technology areas in 2015 and therefore, expects full-year revenues to increase to between EUR 220m and EUR 250m. As the Company will be pressing ahead with implementing its innovation roadmaps, productivity and efficiency programs across all areas, Management expects to see a sequential increase of the results in both halves of 2015 compared with the previous six-month periods and a return to positive EBITDA numbers in the second half of 2015.*

38. On the same day, AIXTRON filed its Quarterly Group Financial Report Q1/2015 with the SEC on Form 6-K for the fiscal quarter ended March 31, 2015. The Company's Form 6-K was signed by Defendant Goetzeler, and reaffirmed the Company's statements announced in the press release issued that same day.

39. The above statements were false and misleading because Defendants failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, and as reflected by the account alleged above by CW1, these statements were false and misleading statements because Defendants failed to disclose: (1) that the AIX R6 MOCVD systems that were to be shipped to San'an did not meet the customer's specific qualification requirements; (2) that, as such, the Company's agreement with San'an to ship 50 of the Company's AIX R6 MOCVD systems to San'an was unlikely to be executed; (3) that the impending failure to execute the original agreement would have a substantial negative impact on the Company's prospects; (4) that Defendants were aware that the termination of government

subsidies and tax incentives curbed capacity expansion by China-based makers, including San'an, thus reducing supply and demand of LED chips; and (5) that, as a result of the foregoing, Defendants' statements about AIXTRON's business, operations, and prospects, were false and misleading, and lacked a reasonable basis.

40. On July 28, 2015, AIXTRON issued a press release entitled, "AIXTRON: Order backlog supports strong growth in H2/2015; Customers proceed with qualification process of AIX R6." Therein, the Company, in relevant part, stated:

> AIXTRON SE (FSE: AIXA; NASDAQ: AIXG) a leading provider of deposition equipment to the semiconductor industry, today announced financial results for the first half and the second quarter 2015.
>
> At EUR 101.4m in the first half 2015 order intake including spares and service was up 2% on the same period last year (H1/2014: EUR 99.2m) and 7% up in a sequential quarterly comparison (Q2/2015: EUR 52.5m; Q1/2015: EUR 48.9m).
>
> The total equipment order backlog of EUR 91.2m as at June 30, 2015 reached the highest level since 2012 (June 30, 2014: EUR 66.4m) with the major part of the order backlog scheduled for delivery within this year.
>
> H1/2015 revenues at EUR 80.7m (H1/2014: EUR 90.1m) were down 10% yearon-year. Q2/2015 revenues at 40.4m fell by 13% year-on-year but inline against the previous quarter (Q2/2014: EUR 46.2m; Q1/2015: EUR 40.3m).
>
> AIXTRON generated EUR -21.8m in EBITDA during the first half 2015 which meant a sequential improvement over the previous half year (H2/2014: EUR -27.9m; H1/2014: EUR -13.4m). In Q2/2015 EBITDA was at EUR -15.3m (Q1/2015: EUR -6,4m) which was caused in particular by additional qualification expenses for the AIX R6, higher R&D costs and lower positive currency effects compared to the previous quarter.
>
> The significantly improved free cash flow both compared to the first half of last year (H1/2015: EUR -12.3m; H1/2014: EUR -31.3m) as well as to the previous quarter (Q2/2015: EUR -0.1m; Q1/2015: EUR -12.1m) underlines AIXTRON's continuing management of liquidity.
>
> The integration of US technology company PlasmaSi, Inc., acquired at the beginning of April 2015, is going well with AIXTRON expecting measurable market and customer synergies in the area of OLED technology shortly.

AIXTRON forecasts first orders for the OLED encapsulation technology Optacap in the current fiscal year.

* * *

**Business Development**

Demand for LED chips is growing due to an increasing penetration of LED technology in the lighting market and the demand of LEDs for displays, with high utilization rates at many LED producers. Despite that, orders and shipments in the first half-year remained slow.

Revenues in Q2/2015 at EUR 40.4m were in line with the previous quarter (Q1/2015: EUR 40.3m) but fell by 10% half year on half year (H1/2015: EUR 80.7m; H1/2014: EUR 90.1m).

Second quarter cost of sales at EUR 36.8m increased 17% against the previous quarter (Q1/2015: EUR 31.5m) mainly due to the ongoing production qualification process of the AIX R6 MOCVD tool and the corresponding actual and anticipated modification costs and inefficiencies resulting from this process. On a half year basis, cost of sales at EUR 68.3m for the first half of 2015 was almost unchanged in comparison to last year (H1/2014: EUR 67.6m).

This resulted in a Q2/2015 gross profit of EUR 3.6m, down by 59% on a quarterly basis (Q1/2015: EUR 8.8m; H1/2015: EUR 12.4m; H1/2014: EUR 22.6m). Due to the higher cost of sales in Q2/2015, the gross margin fell to 9% but would have improved slightly against the previous quarter (Q1/2015: 22%) without additional qualification and modification expenses.

Compared to the previous quarter, operating costs increased to EUR 21.5m (Q1/2015: EUR 17.6m) due to higher R&D costs and non-repeating positive currency effects. However, they decreased by 11% year-on-year to EUR 39.1m in the first half 2015 (H1/2014: EUR 44.0m).

As a result of the above mentioned business development the second quarter 2015 EBIT at EUR -17.9m was down from the previous quarter’s figure as well as half year on half year (Q1/2015: EUR -8.8m, H1/2015: EUR -26.7m; H1/2014: EUR -21.5m).

The net result for Q2/2015 was EUR -18.1m in comparison to the previous quarter (Q1/2015: EUR -9.5m) but was up sequentially when comparing the first half of this year to the second half of last year (H2/2014: EUR -39.1m; H1/2015: EUR -27.6m).

Free cash flow in Q2/2015 was EUR -0.1m (Q1/2015: EUR -12.1m; H1/2015: EUR -12.3m; H1/2014: EUR -31.3m).

> Cash and cash equivalents (including bank deposits with a maturity of more than three months) as of June 30, 2015 amounted to EUR 255.4m, EUR 7.8m lower than the end of the previous quarter (March 31, 2015: EUR 263.2m). The difference from free cash flow mainly results from the currency difference of the US$-based cash and cash equivalents as well as from the acquisition of PlasmaSi, Inc. in April 2015.
>
> **Management Review**
>
> "In the context of the qualification of our new MOCVD tool AIX R6, we have been working intensively with our customers. Thereby, specific additional costs are reflected in the unsatisfactory result of the second quarter. Overall, we have agreements with eight customers for the AIX R6, of which one has recently qualified the system for production", says Martin Goetzeler, President and CEO of AIXTRON SE.
>
> "We continue to make good progress in the strengthening of our product and technology portfolio. In the field of OLEDs, we are seeing strong interest from customers regarding the technology of the recently acquired PlasmaSi, Inc. First test runs of our Gen8 demonstrator for the production of large-area OLEDs are positive. In addition, during 2015 we expect significant growth for our planetary systems covering applications such as LED, laser, telecommunication and power electronics as well as for our memory and logic products. This is included in our expectations for the second half of 2015 which are supported by the strong backlog."
>
> **Guidance**
>
> Based on the first half 2015 results and the current assessment of AIXTRON's latest revenue forecast, including risks and opportunities, Management reiterates its February revenue forecast of EUR 220 to 250 million for fiscal year 2015. This guidance is supported by the backlog and based on the assumption of current USD/EUR exchange rates. Furthermore, it includes expected shipments of AIX R6 MOCVD tools which still depend on successfully reaching customer specific milestones within their individual production qualification processes. Management continues to expect returning to EBITDA break-even within the second half of 2015.

41. On the same day, AIXTRON filed a quarterly report with the SEC on Form 6-K for the fiscal quarter ended June 31, 2015. The Company's Form 6-K was signed by Defendant Goetzeler, and reaffirmed the Company's statements announced in the press release issued that same day.

42. The above statements were false and misleading. As reflected by the account alleged above by CW1, Defendants failed to disclose: (1) that the AIX R6 MOCVD systems that were to be shipped to San'an – the Company's large Chinese customer – did not meet San'an's specific qualification requirements; (2) that, as such, the Company's agreement with San'an to ship 50 of the Company's AIX R6 MOCVD systems to San'an was unlikely to be executed; (3) that the impending failure to execute the original agreement would have a substantial negative impact on the Company's prospects; (4) that Defendants were aware that the termination of government subsidies and tax incentives curbed capacity expansion by China-based makers, including San'an, thus reducing supply and demand of LED chips; and (5) that, as a result of the foregoing, Defendants' statements about AIXTRON's business, operations, and prospects, were false and misleading, and lacked a reasonable basis.

43. Also on July 28, 2015, AIXTRON held a conference call with analysts to discuss the Company's financial results for the second quarter of 2015. During the conference call, Defendants stated the following:

> [CEO GOETZELER] ***As you will see, Q2 was a challenging quarter, having been influenced by the ongoing qualification processes of our AIX R6, with the respective effects on our margin. Nevertheless, we expect the growth necessary to achieve our guidance in the second half.***
>
> Let me now take you through our numbers for Q2 starting with slide three. During the second quarter of 2015, we generated EUR40.4 million in revenues, which is 13% lower than the EUR46.2 million we generated in the same quarter last year and more or less in line with the EUR40.3 million generated in the first quarter.
>
> On a half yearly basis, H1 2015 revenues, at EUR80.6 million, were down by 10% from the previous year's EUR90.1 million. ***The weak revenue numbers are a clear reflection of not only the cautious investment behavior of our customers, but also of the AIXTRON R6 qualification process, which has caused potential buyers to wait and see how the product performs rather than buying the old generation of the equipment.***

* * *

[COO SCHULTE] ***Let me start by talking about the AIX R6 showerhead tool, our latest generation of MOCVD equipment, which is not only important to our overall financial performance in this year, but also to the long term positioning of AIXTRON within the LED market.***

***The good news is that we have had the AIX R6 production qualified at one LED manufacturer. Including this customer, we have secured orders from now eight different customers, up from seven in the previous quarter. We are also getting additional inbound inquiries and interest from customers.***

However, we should not hide the fact, together with our major customers, that it has taken longer than we would have liked to get the AIX R6 to the production stage.

***Based on detailed programs regarding hardware and process, we are closely collaborating with our customers to support their qualification targets.*** Besides this, we have seen stronger demand for our planetary reactor MOCVD technology for different applications, which will lead to an increased revenue contribution from this reactor platform in the second half of this year.

[ADRIAN PEHL, ANALYST, EQUINET BANK]: First of all, I was wondering whether you could share with us the status of the OLED tool, as obviously it appears to be somewhat delayed. I mean, is it already finished in the way that you are producing in Aachen for the customers from an evaluation point of view?

***And secondly, well, I was wondering whether you could add some flavor on the status of the San'an order. Maybe you could share with us what is the problem here. In relation to competitor tools, when should we expect deliveries, or what kind of final decision and actually when the order should progress as planned? And then I might have a follow up.***

[CEO GOETZELER]: Okay. Thank you, Mr. Pehl. And Bernd will answer the question on OLED first, and then I will answer on OLE.

[COO SCHULTE]: ***Yes, Mr. Pehl, the status of the San'an order is that we – as already mentioned in Martin's speech, we are in the process of qualifying the tool with this particular device of the customer. And this status is ongoing and probably will lead us until end of the year.***

***And we still expect to ship some systems this year, but we currently assume that the majority of shipments will be going into next year.***

44. The above statements were false and misleading because Defendants failed to disclose material adverse facts about the Company's business, operations, and prospects. For instance, Defendants claimed that the AIX R6 MOCVD production qualified with minor LED

manufacturers to obscure the fact that the AIX R6 failed to meet the specific qualification requirements of San'an. Defendants' statements, moreover, that the Company was "in the process of qualifying the tool with this particular device" for San'an was false and misleading because AIXTRON's management was aware of the problems in the qualification process in meeting Sa'an's specifications, but failed to disclose such information. Indeed, and as reflected by the account alleged above by CW1, these statements were false and/or misleading statements because Defendants failed to disclose: (1) that the AIX R6 MOCVD systems that were to be shipped to San'an did not meet San'an's specific qualification requirements; (2) that the Company's agreement with San'an to ship 50 of the Company's AIX R6 MOCVD systems to San'an was unlikely to be executed; (3) that the impending failure to execute the original agreement would have a substantial negative impact on the Company's prospects; (4) that Defendants were aware that the termination of government subsidies and tax incentives curbed capacity expansion by China-based makers, including San'an, thus reducing supply and demand of LED chips; and (5) that, as a result of the foregoing, Defendants' statements about AIXTRON's business, operations, and prospects, were false and misleading, and lacked a reasonable basis.

45. On August 4, 2015, AIXTRON provided information regarding the Company's first-half revenue and conveyed information related to customer qualifications for the AIX R6 MOCVD tool. Specifically, the Company stated the following:

> **Aixtron's first-half revenue and margin suppressed by delayed customer qualifications for AIX R6 MOCVD tool**
>
> For first-half 2015, deposition equipment maker Aixtron SE of Herzogenrath, near Aachen, Germany has reported revenue of €80.7m (down 10% year-on-year on €90.1m in first-half 2014). Of total revenue, 79% came from Asia, 11% from Europe, and 10% from the USA. Equipment revenue was €57.9m (72% of total revenue, with the remaining 28% coming from spare parts & services). Of equipment revenue, by end application, LEDs comprised just 24% (down from

75% in first-half 2014), silicon 32% (up from just 8%), power electronics 19% (up from 5%), and optoelectronics 14% (up from 7%).

In particular, second-quarter 2015 revenue was €40.4m, down by 13% on €46.2m a year ago but roughly levelling off after first-quarter 2015's €40.3m.

Demand for LED chips is growing due to an increasing penetration of LED technology in the lighting market and the demand of LEDs for displays, with high utilization rates at many LED producers. But despite that, orders and shipments in first-half 2015 remained slow.

***"The weak revenue numbers are a clear reflection of not only the cautious investment behavior of our customers, but also of the AIX R6 qualification process, which has caused potential buyers to wait and see how the product performs other than buying the whole generation of equipment," says president & CEO Martin Goetzeler.***

***"The AIX R6 Showerhead tool, our latest generation of MOCVD equipment [launched last November for the mass production of LEDs based on gallium nitride (GaN)], is not only important to our overall financial performance in this year but also to the long-term positioning of Aixtron within the LED market," notes chief operating officer Dr Bernd Schulte. "We have had the AIX R6 production qualified at one LED manufacturer. Including this customer, we have secured orders from now eight different customers, up from seven in the previous quarter. We are also getting additional inbound enquiries and interests from customers," he adds. "However, we should not hide the fact, together with our major customers, that it has taken longer than we would have liked to get the AIX R6 to the production stage. Based on detailed programs regarding hardware and process, we are closely collaborating with our customers to support their qualification targets."***

***Due mainly to the AIX R6 MOCVD tool's ongoing production qualification process and the resulting actual and anticipated modification costs and inefficiencies, the cost of sales has risen by 17% from €31.5m in Q1/2015 to €36.8m in Q2. Gross margin hence fell to 9% (although, without additional production qualification and modification expenses, it would have improved slightly on first-quarter 2015's 22%). This contributed to first-half 2015 gross margin of 15% being down from first-half 2014's 25%.***

Although less than €23.2m a year ago, Q2/2015 operating expenses were €21.5m, up on Q1's €17.6m. This was due to R&D spending being increased by 13% to €14.6m (reflecting order activities including the acquisition of PlasmaSi Inc at the beginning of April as well as work-around on the new-generation MOCVD equipment) plus non-repeating positive currency effects (of €2.7m in Q1). However, for first-half 2015, operating expenses were €39.1m, cut by 11% from €44m in first-half 2014.

> Earnings before interest, tax, depreciation and amortization (EBITDA) worsened from -€6.4m in Q1/2015 to -€15.3m in Q2, due in particular to the additional qualification expenses for the AIX R6, higher R&D costs, and lower positive currency effects. First-half 2015 EBITDA was therefore -€21.8m, a sequential improvement on -€27.9m in second-half 2014 but down year-on-year from -€13.4m in first-half 2014.
>
> However, operating cash flow has improved from negative outflows of -€15.3m a year ago and -€8.6m in Q1/2015 to +€33.7m in Q2, due largely to advanced payments from customers increasing by €15.5m. Free cash flow has improved from -€17.5m a year ago and -€12.1m in Q1 to -€0.1m in Q2, contributing to first-half 2015 free cash flow of -€12.3m being an improvement from -€31.3m in first-half 2014.
>
> During the quarter, cash and cash equivalents (including bank deposits with a maturity of more than three months) fell by €7.8m from €263.2m to €255.4m, due mainly to the currency difference of the US$-based cash and cash equivalents as well as from the acquisition of PlasmaSi.
>
> Equipment order intake (including spares and service) was €101.4m in first-half 2015, up 2% on last year's €99.2m. This was driven by Q2 orders of €52.5m, up 7% on Q1's €48.9m and up 6% on a year ago. Total equipment order backlog at the end of June was €91.2m, up 15% on €79m at the end of first-quarter 2015 and up 37% on €66.4m a year previously (and the highest since 2012). "This gives us good visibility to our revenues for the later part of the year, as the majority of the backlog is shippable in 2015," says Goetzeler.
>
> ***"We continue to make good progress in the strengthening of our product and technology portfolio," says Goetzeler***. "In the field of OLEDs, we are seeing strong interest from customers regarding the technology of the recently acquired PlasmaSi," he adds. Integration of PlasmaSi Inc of Fremont, CA, USA - which provides low-temperature silicon nitride plasma-enhanced chemical vapor deposition (PECVD) systems for the encapsulation of organic thin-films in organic light-emitting diodes (OLEDs) - is going well, with measurable market and customer synergies in OLED technology expected shortly. "First test runs of our Gen8 demonstrator for the production of large-area OLEDs are positive," says Goetzeler. Aixtron forecasts first orders for the Optacap OLED encapsulation technology later this year.

46. The above statements were false and misleading because Defendants failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, and as reflected by the account alleged above by CW1, these statements were false and misleading statements because Defendants failed to disclose: (1) that the AIX R6 MOCVD

systems that were to be shipped to San'an did not meet the customer's specific qualification requirements; (2) that the Company's agreement with San'an to ship 50 of the Company's AIX R6 MOCVD systems was unlikely to be executed; (3) that the impending failure to execute the original agreement would have a substantial negative impact on the Company's prospects; (4) that Defendants were aware that the termination of government subsidies and tax incentives curbed capacity expansion by China-based makers, including San'an, thus reducing supply and demand of LED chips; and (5) that, as a result of the foregoing, Defendants' statements about AIXTRON's business, operations, and prospects, were false and misleading, and lacked a reasonable basis.

47. On October 13, 2015, the Company issued a press release disclosing that it was revising its previously issued revenue guidance for the full year 2015 from 220 million - 250 million EUR down to 190 million - 200 million EUR due to "a postponement of shipments to a large Chinese customer which were planned for delivery in 2015." The Company also announced that "[t]hese deliveries are now expected for 2016 depending on the progress of the ongoing milestone based qualification process."

48. On this news, the Company's ADRs fell $0.84 per ADR, or 12.8%, to close on October 13, 2015, at $5.71 per ADR, on high volume.

49. On October 27, 2015, AIXTRON issued a press release entitled, "AIXTRON: Revenue increase in Q3/2015 based on broad foundation; Positive EBITDA in Q3/2015 due to favorable product mix." Therein, the Company, in relevant part, stated:

> AIXTRON SE (FSE: AIXA; NASDAQ: AIXG) a leading provider of deposition equipment to the semiconductor industry, today announced financial results for the first nine months and the third quarter 2015.
>
> Q3/2015 revenues improved to EUR 54.6m due to increased scheduled shipments and were 35% up against the previous quarter (Q2/2015: EUR 40.4m). Revenue

growth was based on a wide range of different applications such as LEDs, laser, memory chips and power electronics.

For the first time since Q4/2013, EBITDA was positive in the third quarter at EUR 4.1m (Q2/2015: EUR -15.3m). It also improved by 36% year-on-year (9M/2015: EUR -17.6m; 9M/2014: EUR -27.5m). The main reasons are an improved gross margin in Q3 due to a more favorable product mix and lower operational costs, including a payment from a contractual settlement.

As a result of this development, Q3/2015 EBIT also came in positive with EUR 1.5m (Q2/2015: EUR -17.9m; 9M/2015: EUR -25.2m; 9M/2014: EUR -39.4m). At EUR 0.3m net result was also positive (Q2/2015: EUR -18.1m; 9M/2015: EUR -27.3m; 9M/2014: EUR -43.4m).

Q3/2015 total order intake including spares and service came in at EUR 34.4m, 34% below the previous quarter (Q2/2015: EUR 52.5m). Total equipment order backlog at EUR 72.3m as at September 30, 2015 was 2% up compared with the previous year (September 30, 2014: EUR 70.7m) but 21% down against the previous quarter (June 30, 2015: EUR 91.2m). This backlog figure continues to exclude tools from the order of the major Chinese customer.

* * *

**Business Development**

The global penetration of LED technology in the lighting market continues. Because of the continuing qualification processes of the AIX R6 showerhead tool, the demand for this system type remained subdued. The revenue development in Q3/2015 was based on a wide range of different applications such as LEDs, laser, memory chips and power electronics. Overall, demand in the first nine months 2015 remained relatively slow.

Revenues at EUR 54.6m in Q3/2015 were 35% higher compared to the previous quarter (Q2/2015: EUR 40.4m). On a nine-month basis, 9M/2015 revenues were in line with the previous year (9M/2015: EUR 135.3m; 9M/2014: EUR 135.8m).

Third quarter cost of sales at EUR 36.8m was flat sequentially (Q2/2015: EUR 36.8m) despite higher revenues. On a yearly comparison, cost of sales in 9M/2015 fell slightly by 1% to EUR 105.1m (9M/2014: EUR 106.5m).

This resulted in a Q3/2015 gross profit of EUR 17.8m, significantly improved on a quarterly basis (Q2/2015: EUR 3.6m; 9M/2015: EUR 30.2m; 9M/2014: EUR 29.2m). While the gross margin on an annual basis remained unchanged (9M/2015: 22%; 9M/2014: 22%), it improved by 24 percentage points to 33% in Q3/2015 points due to a better product mix (Q2/2015: 9%). This is in line with the range targeted by AIXTRON.

Mainly due to better cost control and income from a contractual compensation recorded in other operating income, operating costs in Q3/2015 fell to EUR 16.3m sequentially (Q2/2015: EUR 21.5m). On a nine-month comparison, they decreased by 19% to 55.4m (9M/2014: EUR 68.7m).

As a result of the above-mentioned business development, the third quarter 2015 EBIT improved to EUR 1.5m both sequentially and compared to the previous-year period (Q2/2015: EUR -17.9m, 9M/2015: EUR -25.2m; 9M/2014: EUR -39.4m).

The net result for Q3/2015 rose to EUR 0.3m compared to the previous quarter (Q2/2015: EUR -18.1m) and improved by 37% on a nine-months basis (M9/2015: EUR -27.3m; 9M/2014: EUR -43.4m).

AIXTRON's total order intake including spares & service in the third quarter 2015 decreased 34% sequentially to EUR 34.4m (Q2/2015: EUR 52.5m). Compared to the previous-year period total order intake fell by 9% to EUR 135.8m (9M/2014: EUR 149.4m). This development reflects the lower overall market demand in the reporting period as well as the effects from the ongoing qualification processes for the AIX R6.

Free cash flow in Q3/2015 was EUR -10.0m (Q2/2015: EUR -0.1m; 9M/2015: EUR -22.3m; 9M/2014: EUR -52.9m).

Cash and cash equivalents (including bank deposits with a maturity of more than three months) as of September 30, 2015 amounted to EUR 243.5m, EUR 11.9m lower than the end of the previous quarter (June 30, 2015: EUR 255.4m). The difference from free cash flow mainly results from the currency difference of the US$-based cash and cash equivalents. AIXTRON does not have any bank borrowings.

**Management Review**

"Due to postponed shipments, in particular of the AIX R6 showerhead system, we have recently revised our revenue expectations for the current financial year. However, we work intensively with our customers to push forward and to successfully complete the qualification processes", says Martin Goetzeler, President and CEO of AIXTRON SE.

"We continue to proceed in the strengthening of our product and technology portfolio. In the area of OLEDs, we have received a first order for our encapsulation technology OPTACAP™. The test runs of our Gen8 demonstrator for the production of large-area OLEDs are moving forward on schedule and therefore, we anticipate results from customer demonstrations within the coming months. In addition, we were able to score in applications such as LED, laser,

telecommunication and power electronics as well as in Memory products. The margin improvement resulting from it supports our recently communicated profit expectations for the current financial year. The third quarter also proves that markets in Europe and the U.S. are still of great importance."

**Guidance**

Based on the results of the first nine months of 2015 and the assessment of AIXTRON's risks and opportunities, Management expects 2015 full year revenues of EUR 190m to 200m, based on the USD/EUR exchange rate of 1.12 as of September 30, 2015. The guidance was revised due to a postponement of shipments to a major Chinese customer which were planned for delivery in 2015. These deliveries are now expected for 2016 depending on the progress of the ongoing milestone based qualification process.

Management reiterates its target to reach EBITDA break-even within the second half of 2015. Year-on-year, EBIT and net result are expected to improve but to remain negative for the full year 2015.

50. On the same day, AIXTRON filed its 2015 Nine Month Group Financial Report with the SEC on Form 6-K for the fiscal quarter ended September 30, 2015. The Company's Form 6-K was signed by Defendant Goetzeler, and reaffirmed the Company's statements announced in the press release issued that same day.

51. The above statements were false and misleading because, as reflected by the account alleged above by CW1, Defendants failed to disclose: (1) that the AIX R6 MOCVD systems that were to be shipped to San'an did not meet the customer's specific qualification requirements; (2) that, as such, the Company's agreement with San'an to ship 50 of the Company's AIX R6 MOCVD systems to San'an was unlikely to be executed; (3) that the impending failure to execute the original agreement would have a substantial negative impact on the Company's prospects; (4) that Defendants were aware that the termination of government subsidies and tax incentives curbed capacity expansion by China-based makers, including San'an, thus reducing supply and demand of LED chips; and (5) that, as a result of the foregoing,

Defendants' statements about AIXTRON's business, operations, and prospects, were false and misleading and/or lacked a reasonable basis.

52. On October 27, 2015, AIXTRON held a conference call with analysts to discuss the Company's financial results for the third quarter of 2015. During the call, Defendants stated the following:

> [DAVID MULHOLLAND, ANALYST, UBS]: ***Hi, and thanks for taking the questions. Firstly, apologies if I missed it when you – during the initial remarks, but I wonder if you could give us an update on where we are with the progress with San'an, and whether that's who the compensation payment relates to in the quarter? How far are we from qualification and getting clarification on the shipments there?***
>
> And then secondly, obviously quite strong performance in the gross margin in the quarter, but it's been quite volatile over the past two, three years. I wonder if you can give us some color on whether you think this is the new level that we can now sustain above 30% from here, or whether we should still expect volatility as product mix could potentially get a bit worse from here in future quarters?
>
> [CEO GOETZLER]: David, thanks for your questions. Bernd will answer on the San'an, and I will come back, then, on the gross margin.
>
> [COO SCHULTE]: ***Yes, hi there. First, let me repeat what I said, so important is to understand that we have a defined milestone plan with our customer, and we achieved, according to the timing the first milestone that has been accomplished, but there are, obviously, more specs to go, which we're working on. But we're quite confident that we are following this milestone plan successfully.***
>
> ***So, the next milestone will be by end of the year, and there will be other milestones in early 2016. So, we're following the plan. So, we are on plan.***

53. The above statements were false and misleading because Defendants were not "on plan" regarding the qualification process for the Company's order with San'an. Specifically, and as reflected by the account alleged above by CW1, Defendants failed to disclose: (1) that the AIX R6 MOCVD systems that were to be shipped to San'an did not meet the customer's specific qualification requirements; (2) that, as such, the Company's agreement with San'an to ship 50 of the Company's AIX R6 MOCVD systems to San'an was unlikely to be executed; (3) that the

impending failure to execute the original agreement would have a substantial negative impact on the Company's prospects; (4) that Defendants were aware that the termination of government subsidies and tax incentives curbed capacity expansion by China-based makers, including San'an, thus reducing supply and demand of LED chips; and (5) that, as a result of the foregoing, Defendants' statements about AIXTRON's business, operations, and prospects, were false and misleading, and lacked a reasonable basis.

54. On December 9, 2015, the Company issued a press release announcing that it had "reached an agreement with its Chinese customer San'an Optoelectronics regarding a substantial reduction in the volume of AIX R6 MOCVD systems ordered from [fifty] to the three which have already been delivered." The Company also disclosed that "the customer's specific qualification requirements were not achieved." On this news, the Company's ADRs fell $3.05 per ADR, or 40%, over two trading days, to close on December 10, 2015, at $4.49 per ADR, on unusually high volume.

**POST CLASS PERIOD EVENTS**

55. In a December 10, 2015 Equity Research note on AIXTRON by Helvea – Baader Bank Group ("Helvea"), Helvea reported the following:

> Qualification at Sanan failed; orders cancelled
>
> ***For AIXTRON a worst case scenario has materialized. The semiconductor equipment maker reported last night that the qualification of its new high-throughput AIX R6 MOCVD tool at Chinese LED chip maker Sanan has finally failed after several delays in milestones since the announcement of the order in September 2014. As a result, AIXTRON and Sanan have reached an agreement to reduce the volume of the 50 systems ordered to three systems, which have already been delivered. We believe this failure is a major setback in regaining competitiveness in the industry compared to US rival Veeco, who appears to have shipped and installed its part of the Sanan order (also 50 systems) without any technical issues. Please note that AIXTRON has already lost significant market share in the past investment cycle (2010-2011) due to a late tool introduction accompanied by technical problems.***

56. Within Aixtron's Form 20-F filed on February 24, 2016, the Company stated the following:

> **Substantial reduction in order volume from San'an Optoelectronics**
>
> In December 2015, AIXTRON has reached an agreement with its Chinese customer San'an Optoelectronics regarding a substantial reduction in the volume of AIX R6 MOCVD systems ordered from 50 to the three which have already been delivered. Following the Company's internal recognition policy, the 47 tools were not recorded in order intake and order backlog, so that the number of orders recorded in 2015 was not affected by the reduction. However, AIXTRON recorded additional provisions in Q4/2015 which resulted in an impact on operating results of EUR 2.6 million (see also Page F-41 Note 37). The Companies' cash position was affected negatively by the reduction in order volume, as the majority of the previously received advance payments from San'an have been repaid prior to the time of publication of this report. Despite the efforts made by both parties, the customer's specific qualification requirements were not achieved. Both parties agreed to continue their existing partnership by cooperating on future system generations as well as on systems for other applications. AIXTRON will proceed in marketing and the further development of the AIX R6 Showerhead technology. The focus is now on existing customers that have already achieved or are in the process of achieving qualification.
>
> * * *
>
> **The LED Market**
>
> The market for Gallium nitride based, LED devices which can be produced with AIXTRON's compound semiconductor MOCVD equipment, was expected to have grown by 20% measured in units in 2015 according to a report from IHS (an independent semiconductor market research institute), published in December 2015. However, according to industry sources, LED prices have again dropped significantly throughout the year. Concurrently, the market for Gallium nitride based, high brightness LED devices was predicted to grow in 2016 by only 4% to USD 16.8 billion from USD 16.2 billion in 2015 (IHS).
>
> According to the market research institute IHS (December 2015), the market for LEDs for general lighting is expected to grow from 1.2 billion shipped units in 2015 to 3.4 billion shipped units in 2020. The penetration of LED-lamps relative to total lamps is expected to rise from 7% in 2015 to 25% in 2020, supported by the increasing availability of attractively priced, quality LED lighting products. In the more recent forecast ''Semiconductor Manufacturing Equipment, Worldwide, 4Q14 Update'' (December 2015) Gartner Dataquest anticipated that the total value of the 2015 MOCVD equipment market would increase to approximately USD 446 million which is at the high end of other analysts' expectations (USD

250 to 450 million). Veeco and AIXTRON are expected to remain the main players in this market.

Mainly due to the missing contribution of shipments to San'an, AIXTRON's 2015 revenues of MOCVD manufacturing equipment for LEDs dropped from €100.3 million in 2014 to €39.7 million. However, AIXTRON's revenues for MOCVD equipment to manufacture other optoelectronic devices increased from €14.5 million in 2014 to €46.7 million in 2015.

* * *

In December 2015, AIXTRON SE and San'an Optoelectronics agreed on a substantial reduction in the order volume for AIX R6 MOCVD systems ordered in September 2014 by 47 tools from 50 down to three which have already been delivered. Following the Company's internal recognition policy, these 47 tools were not recorded in order intake and order backlog, so that number of orders recorded in 2015 was not affected by the reduction of order volume.

* * *

Cash and cash equivalents including cash deposits with a maturity of at least three months, most of which is held in Euros (also see ''Investments''), decreased by 22% or €58.7 million to €209.4 million (€93.1 million + €116.3 million financial assets) as of December 31, 2015 (December 31, 2014: €268.1 million, equaling €116.6 million + €151.5 million; December 31, 2013: €306.3 million, equaling €167.5 million + €138.9 million). Specific items that lowered the 2015 year-end liquidity compared to 2014 came predominantly from the acquisition of PlasmaSi and the partial return of the previously received advance payment to San'an following an agreed reduction of order volume from this customer.

The second half of the return payment was made in Q1/2016 and was recorded in other liabilities as of December 31, 2015. In 2014, Cash and cash equivalents including cash deposits with a maturity of at least three months, most of which were held in Euros, decreased by 12% or €38.2 million to €268.1 million. Specific items that lowered the 2014 year-end liquidity came predominantly from the 2014 net loss (€-62.5 million), the capital expenditures and the inventory build-up. These cash outflows were only partially offset by increased received advance payments from customers.

57. A May 22, 2016 *Bloomberg Technology* article reported the following:

A group of Chinese investors agreed to buy Aixtron SE, a German supplier of semiconductor equipment, for about 670 million euros ($752 million), giving the manufacturer a chance to boost sales by expanding in Asia.

> The deal values Aixtron at 6 euros a share, the equipment maker said Monday in a statement. That's 25 percent more than the closing price of 4.79 euros on May 20 in German trading. The offer is being made through a unit of Fujian Grand Chip Investment Fund that is 51 percent owned by Zhendong Liu, a Chinese businessman, Aixtron said.
>
> The purchase may allow Aixtron access to the Chinese market and funds to further develop its product portfolio, after losing its largest customer last year. Aixtron's shares plunged as much as 43 percent on Dec. 10 after the company said Chinese client Sanan Optoelectronics Co. canceled orders, forcing Aixtron to reduce its sales outlook.
>
> Semiconductor companies have been combining as they face rising production costs and a shrinking customer list. In the industry's biggest deal in the past year, Avago Technologies Ltd. agreed to buy Broadcom Corp. in a cash-and-stock offer valued at $37 billion when it was announced in May 2015.
>
> Shares of Aixtron advanced 17 percent to 5.60 euros at 9:03 a.m. in Frankfurt.
>
> Aixtron may attract other bidders because of its focus on promising new applications and technologies, analysts at Kepler Cheuvreux said in a note. In such a scenario, the price may end up being as high as 9 euros a share, they said.
>
> Aixtron had been working with long-time financial adviser JPMorgan Chase & Co. to find potential buyers amid more difficult conditions for chipmakers, people familiar with the matter said in March.
>
> Fujian Grand plans to support Aixtron's strategy going forward and keep its headquarters location and chief executive officer in place, according to the statement.
>
> The remainder of Fujian Grand is owned by an investment vehicle controlled by private investors Zhongyao Wang and Wanming Huang, Aixtron said. The takeover offer has a minimum acceptance rate of 60 percent of Aixtron shares.4

58. A May 23, 2016 article in the *Wall Street Journal* entitled "China Investment Fund Makes Offer for German Chipmaker Aixtron" reported the following:

> FRANKFURT— Aixtron SE shares surged Monday after Chinese entrepreneur Zhendong Liu made a takeover offer for the German chip maker, valuing the company at €670 million ($751 million), the latest in a series of acquisitions fueled by China's appetite for European expertise.
>
> China's Fujian Grand Chip Investment Fund LP, 51%-owned by Zhendong Liu and 49%-owned by Xiamen Bohao Investment Ltd., offered €6 per Aixtron share,

> Aixtron said. The German unit conducting the takeover is called Grand Chip Investment GmbH.
>
> The deal comes on the heels of a bid by Chinese home appliance maker Midea Group last week for German robotics specialist Kuka AG valued at over $5 billion, the biggest inbound China deal in Germany to date. It also follows a $43 billion bid for Swiss seed and chemical company Syngenta AG by China National Chemical Corp. in February.
>
> At midday, Aixtron shares were trading up 16% at €5.56. DZ Bank said a takeover would be "a kind of relief" for Aixtron, which needs financial resources to deepen research and development. Equinet noted the deal would likely strengthen Aixtron's goals in Asia, while maintaining the existing setup at production facilities.
>
> Fujian Grand Chip Investment Fund is financed by the state fund Sino IC, which manages assets of around $20 billion and targets acquisitions in the semiconductor industry, a person familiar with the deal said.
>
> The Aixtron offer is a 50.7% premium on the three-month weighted average share price, and both the executive and supervisory boards support the offer, it added. The voluntary public offer is for all of Aixtron's shares outstanding, including those represented by American depository shares.
>
> Last year, Aixtron's revenue came to €197.8 million, but the company suffered a loss before interest and taxes of €26.7 million, narrower than the loss of €58.3 million in 2014.
>
> Aixtron said Chief Executive Martin Goetzeler and Chief Operating Officer Bernd Schulte would remain in position following the takeover, and its technology hubs in Germany, the U.K. and the U.S. wouldn't be affected.
>
> The offer depends on a minimum acceptance rate of 60%, as well as regulatory approvals.
>
> "Aixtron and FGC view the transaction as an opportunity to grow and to expand the company and its workforce – the transaction isn't directed toward cost or staff reductions," the company said.

## CLASS ACTION ALLEGATIONS

59. Plaintiff brings this action as a class action pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure on behalf of a class consisting of all those who purchased the Company's securities during the Class Period, and who were damaged thereby (the "Class").

Excluded from the Class are Defendants and their families, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have, or had, a controlling interest.

60. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, the Company's securities were actively traded on the Nasdaq Stock Market ("NASDAQ"). While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Millions of AIXTRON ADRs were traded publicly during the Class Period on the NASDAQ. Indeed, as of November 21, 2014, AIXTRON had 6.75 million ADRs outstanding. Record owners and other members of the Class may be identified from records maintained by the Company or its transfer agent, and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

61. Plaintiff's claims are typical of the claims of the members of the Class, since all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law alleged herein.

62. Plaintiff will fairly and adequately protect the interests of the members of the Class, and has retained counsel competent and experienced in class action and securities litigation.

63. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a) whether Defendants' acts constituted violations of the federal securities laws;

(b) whether Defendants' statements made to the investing public during the Class Period misrepresented material facts concerning the Company's business, operations, and financial condition;

(c) whether the price of the Company's securities was artificially inflated during the Class Period; and

(d) to what extent the members of the Class have sustained damages and the proper measure of damages.

64. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. Additionally, there will be no difficulty in the management of this action as a class action.

## LOSS CAUSATION

65. During the Class Period, as detailed herein, Defendants engaged in a scheme to deceive the market and a course of conduct that artificially inflated the price of the Company's securities. Defendants' conduct, moreover, operated as a fraud or deceit on Class Period purchasers of the Company's securities by failing to disclose, and misrepresenting, the adverse facts detailed herein. As Defendants' prior misrepresentations and fraudulent conduct were disclosed and became apparent to the market, the price of the Company's securities declined significantly as the prior artificial inflation dissipated from the Company's stock price.

66. As a result of the purchases of the Company's securities during the Class Period, Plaintiff and the other members of the Class suffered economic loss (damages) under the federal securities laws. Defendants' false and misleading statements had the intended effect, and caused,

the Company's securities to trade at artificially inflated levels throughout the Class Period, reaching as high as $15.67 per ADR on September 26, 2014.

67. By concealing from investors the adverse facts detailed herein, Defendants presented a misleading picture of the Company's business and prospects. As the truth regarding the Company was revealed to the market, the price of the Company's securities fell significantly. These declines removed the inflation from the price of the Company's securities, causing real economic loss to investors who purchased the Company's securities during the Class Period.

68. The declines in the price of the Company's securities after the corrective disclosures came to light were a direct result of the nature and extent of Defendants' fraudulent misrepresentations being revealed to investors and the market. The timing and magnitude of the price declines in the Company's securities negate any inference that the loss suffered by Plaintiff and the other Class members was caused by changed market conditions, macroeconomic, or industry factors, or by Company-specific facts unrelated to Defendants' fraudulent conduct.

69. During the Class Period, the Company's stock price declined significantly as the Company's true financial condition was revealed to the investing public.

70. The economic loss (damages) suffered by Plaintiff and the other Class members was a direct result of Defendants' fraudulent scheme to artificially inflate the price of the Company's securities and the subsequent significant decline in the value of the Company's securities when Defendants' prior misrepresentations and other fraudulent conduct were revealed.

**APPLICABILITY OF PRESUMPTION OF RELIANCE:**
**FRAUD ON THE MARKET DOCTRINE**

71. At all relevant times, the market for the Company's securities was an efficient market for the following reasons, among others:

(a) AIXTRON ADRs met the requirements for listing, and was listed and actively traded on NASDAQ, a highly efficient, electronic stock market;

(b) As a regulated issuer, the Company filed periodic public reports with the SEC and/or NASDAQ;

(c) The Company regularly communicated with public investors via established market communication mechanisms, including regular disseminations of press releases on the national circuits of major newswire services and other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

(d) The Company was followed by securities analysts employed by major brokerage firms who wrote reports that were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

72. As a result of the foregoing, the market for the Company's securities promptly digested current information concerning the Company from all publicly available sources and reflected such information in the prices of the Company's securities. Under these circumstances, all purchasers of the Company's securities during the Class Period suffered similar injury through their purchase of the Company's securities at artificially inflated prices and a presumption of reliance applies.

**NO SAFE HARBOR**

73. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements alleged herein. Many of the specific statements alleged herein were not identified as "forward-looking statements" when made, and thus are not entitled to protection under the safe harbor provision. Additionally, to the extent that there were any forward-looking statements, there were no meaningful cautionary

statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. Alternatively, to the extent that the statutory safe harbor does apply to any forward-looking statements alleged herein, defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements were made, the particular speaker knew that the particular forward-looking statement was false, and/or the forward-looking statement was authorized and/or approved by an executive officer of the Company who knew that those statements were false when made.

**COUNT I**
**Violation of Section 10(b) of the Exchange Act and SEC Rule 10b-5 Promulgated Thereunder Against All Defendants**

74. Plaintiff repeats and realleges each and every allegation contained above as though set forth in full herein.

75. During the Class Period, Defendants disseminated or approved the materially false and misleading statements specified above, which they knew, or were deliberately reckless in not knowing, were misleading. These statements were false and misleading because they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

76. Defendants: (1) employed devices, schemes, and artifices to defraud; (2) made untrue statements of material fact/and or omitted to state material facts necessary to make the statements made not misleading; and (3) engaged in acts, practices, and a course of business that operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

77. Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for the Company's securities. Plaintiff and the Class would not have purchased the Company's securities at the prices they paid – or at all – if

they had been aware that the market prices had been artificially and falsely inflated by Defendants' misleading statements.

78. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

**COUNT II**
**Violation of Section 20(a) of the Exchange Act Against the Individual Defendants**

79. Plaintiff repeats and realleges each and every allegation contained above as though set forth in full herein.

80. The Individual Defendants acted as controlling persons of the Company within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions, and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and/or intimate knowledge of the Company's statements filed with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control, and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements alleged to be false and misleading herein.

81. The Individual Defendants, moreover, were provided with, or had unlimited access to, copies of the Company's reports, press releases, public filings, and other statements alleged to be false and misleading herein. The Individual Defendants were provided with, or had unlimited access to, such documents and statements prior to, and/or shortly after these statements were issued, and therefore had the ability to prevent the issuance of the statements and/or cause the statements to be corrected. Additionally, the Individual Defendants had direct and

supervisory involvement in the day-to-day operations of the Company and had the power to control or influence the particular transactions giving rise to the securities violations.

82. The Individual Defendants all had ultimate authority over the Company's statements, including controlling the content of such statements and whether and how to communicate such statements to the public.

83. By reason of such conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

A. Determining that this action is a proper class action, designating Plaintiff as Lead Plaintiff, and certifying Plaintiff as a Class representative under Rule 23 of the Federal Rules of Civil Procedure and Plaintiff's counsel as Lead Counsel;

B. Awarding compensatory damages in favor of Plaintiff and the other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C. Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

D. Such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury.

DATED: June 8, 2016

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Ex Kano S. Sams II*

Lionel Z. Glancy
Robert V. Prongay
Ex Kano S. Sams II (admitted *pro hac vice)*
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: esams@glancylaw.com

-and-

**GLANCY PRONGAY & MURRAY LLP**
Lesley F. Portnoy (LP-1941)
122 East 42nd Street, Suite 2920
New York, New York 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
lportnoy@glancylaw.com

*Lead Counsel for Lead Plaintiff Robert Hajosy and the Class*

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF NEW YORK ECF AND LOCAL RULES AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On June 8, 2016, I served true and correct copies of **CONSOLIDATED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 8, 2016, at Los Angeles, California.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II

# Mailing Information for a Case 1:16-cv-00025-AT Bettis v. Aixtron SE et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Douglas P. Baumstein**
  dbaumstein@whitecase.com,rebecca.tarneja@whitecase.com
- **Kimberly Anne Haviv**
  kim.haviv@whitecase.com,mcosdny@whitecase.com,jdisanti@whitecase.com
- **Phillip C. Kim**
  pkim@rosenlegal.com
- **Lesley Frank Portnoy**
  LPortnoy@glancylaw.com
- **Ex Kanos S Sams , II**
  esams@glancylaw.com,info@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`