```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TERRY BETTIS, Individually and on behalf of
all others similarly situated,

                Plaintiff,

-v-

AIXTRON SE, MARTIN GOETZELER, and
BERND SCHULTE,
                Defendants.
-----------------------------------------------------------X

16 CIVIL 0025 (CM)

**JUDGMENT**

Defendants having moved to dismiss and Defendants also filed a letter motion for oral argument, and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on December 20, 2016, having rendered its Memorandum Decision and Order granting Defendants' motion to dismiss Counts I and II and denying Defendants' letter motion for oral argument, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated December 20, 2016, Defendants' motion to dismiss Counts I and II is granted. Defendants' letter motion for oral argument is denied.

**Dated:** New York, New York
         December 30, 2016

                                                      **RUBY J. KRAJICK**

                                                      Clerk of Court
                           **BY:**
                                                      Deputy Clerk